CH



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

J.N

DEC 2 8 2007

DEC 28 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| PETER BRASLAVSKIY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ELMHURST LINCOLN MERCURY, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

07CV7276
JUDGE KENDALL
MAG. JUDGE SCHENKIER

**JURY DEMAND**

## COMPLAINT

NOW COMES the Plaintiff, PETER BRASLAVSKIY, by and through his attorneys,

LAW OFFICES OF DAVID FREYDIN, LTD. against the Defendant, ELMHURST LINCOLN

MERCURY, INC. and alleging as follows:

### *Parties*

1. The Plaintiff, PETER BRASLAVSKIY, ("Plaintiff") was at all times relevant hereto

   residing in the State of Illinois.

2. The Defendant, ELMHURST LINCOLN MERCURY, INC. ("Seller") is a business

   corporation engaged in the sale of motor vehicles and related services and accessories.

   Seller is authorized to and conducts business in the State of Illinois

### *Jurisdiction and Venue*

3. Jurisdiction arises under the Odometer Requirement Act, <u>15 U.S.C. §1989 (b)</u> which

   gives this court subject matter jurisdiction.

4. Venue is proper in this district because the act and transactions that give rise to this claim occurred in this district.

### *Facts*

5. On or about September 14, 2007, Plaintiff purchased from Seller a 2001 Mercedes Benz S 430 ("Mercedes") for valuable consideration (See copy of purchase documents, attached hereto as Exhibit "A").

6. Prior to and at the time of Plaintiff's purchase, Seller, action through its duly authorized agents and salespersons, made numerous representations to Plaintiff regarding the Mercedes, including that the Mercedes had been driven eighty four thousand eight hundred and six  (84,806) miles (See Odometer Disclosure Statement, attached hereto as Exhibit "B").

7. In making the aforementioned representation, Seller misrepresented, suppressed, omitted and/or concealed the following material facts from Plaintiff, with the intent Plaintiff rely on said misrepresentations, suppressions, omission and/or concealments that the Mercedes had not been driven eighty four thousand eight hundred and six (84,806) miles (See a copy of the Autocheck vehicle history report evidencing mileage discrepancy, attached hereto as Exhibit "C"; See copy of the Inspection Appraisal report evidencing that the vehicle was driven in excess of one hundred thousand (100,000) miles. See Certificate of Title of a Vehicle evidencing actual mileage to be one hundred twenty six thousand two hundred and sixty (126,260) miles on May 13, 2005 attached hereto as Exhibit "E")

8. Seller failed to inform Plaintiff that the eighty four thousand eight hundred and six (84,806) miles miles as represented by Defendant was not the actual mileage as required on the Odometer Disclosure Statement (See Exhibit "B").

9. Had Plaintiff known Seller's misrepresentations as state above were untrue, or had Plaintiff known the true condition of the Mercedes, Plaintiff would not have purchased the Mercedes.

10. Plaintiff exercised all due diligence and reasonably relied on Seller's representations.

11. Seller had either actual knowledge or reasonably should have known the falsity of its representations, or acted in reckless disregard for the truth or falsity of its representations.

12. Seller intended to induce Plaintiff's reliance on Seller's pre-sale representations.

13. Plaintiff suffered actual damages in reliance on Seller's misrepresentations, including:

    a. purchase of an automobile which failed to conform to the basis of the bargain as the vehicle was worth less than as represented due to the misrepresentation of the vehicle's actual mileage;

    b. loss of all monies expanded towards the purchase of the Mercedes; and

    c. severe aggravation and inconvenience.

14. Plaintiff's actions of purchase an automobile from Seller are akin to all consumers' actions and thus concern all consumers.

15. Seller's misrepresentations of and/or failure to disclose the true condition of the Mercedes involve consumer protection concerns, as Seller holds itself out to be a place of business where consumers can come to purchase automobiles and related services.

16.  The requested relief is in the best interest of all consumers, as if the requested relief is granted, Seller will be discouraged from engaging in conduct similar to that alleged fraudulent in this Complaint.

17.  Seller's actions were done maliciously and in willful, wanton and reckless disregard for the rights of Plaintiff, thereby warranting substantial punitive damages.

## COUNT I
## VIOLATION OF FEDERAL ODOMETER REQUIREMENTS ACT AGAINST SELLER

18.  Plaintiff re-alleges paragraphs 1-17 of this Complaint.

19.  Seller's actions, as stated above, constitute a violation of the Federal Odometer Requirements Act, 49 U.S.C. 32701 *et. seq.*,

WHEREFORE, Plaintiff requests that the Court:

   a.  Enter judgment against Seller for actual ($25,000), statutory, treble ($75,000), and other damages to which Plaintiff is entitled

   b.  Award attorney fees, litigation expenses and costs; and

   c.  Grant other relief deemed just and appropriate.

## COUNT II
## VIOLATION OF THE ILLINOIS CONSUMER FRAUD
## AND DECEPTIVE BUSINESS PRACTICES ACT

20.  Plaintiff re-alleges paragraphs 1-17.

21.  Plaintiff's actions of purchasing an automobile from Defendant are akin to all consumers' actions and thus concern all consumers.

22.  Defendant's misrepresentation of and/or failure to disclose the true mileage of the Plaintiff's Mercedes, involve consumer protection concerns, as Defendant holds itself out to be a place of business where consumers can come to purchase automobiles.

23.    The requested relief is in the best interest of all consumers, as if the requested relief is granted, Defendant will be discouraged from engaging in conduct similar to that alleged fraudulent in this Complaint

24.    Defendant's actions as stated above constitute violations of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2.

      **WHEREFORE,** Plaintiff requests that the court:

a.  Enter judgment against Defendant for all actual ($25,000), punitive and other damages to which Plaintiff is entitled;

b.    Enter an order rescinding the transaction;

c.    Award attorneys fees, litigation expenses and costs; and

d.    Grant other relief deemed just and appropriate.

<u>**COUNT III**</u>
**Negligent Misrepresentation (Fraud)**

25.    Plaintiff realleges paragraphs 1-17.

26. Defendant's actions, including misrepresentation, omission and concealment of material fact, surrounding the sale and repair of said house constitute "consumer fraud" within the meaning of Illinois Consumer Fraud and Deceptive Business Practices Act.

27. Defendant is under a duty of care to Plaintiff to whom he made a representation to. Defendant knew that Plaintiff would rely on the misrepresentation. By misrepresenting the mileage of Plaintiff's Mercedes Benz Defendant breached his duty as seen in the above paragraphs.

28. Reliance by Plaintiff on the representations of fact made by Defendant was justifiable.

29. As a result of Defendant's unlawful conduct, Plaintiff has and will continue to suffer damages and/or loss proximately caused by the Defendant's conduct.

**WHEREFORE,** Plaintiff requests that the court:

a.  Enter judgment against Defendant for all actual ($25,000), punitive and other damages to which Plaintiff is entitled;

b.     Enter an order rescinding the transaction;

c.     Award attorneys fees, litigation expenses and costs; and

d.     Grant other relief deemed just and appropriate.

## COUNT IV
## COMMON LAW FRAUD (FRAUDULENT INDUCEMENT).

30.  Plaintiff realleges paragraphs 1-17.

31.  As alleged above Defendant misrepresented the mileage of Plaintiff's Mercedes.

32. The Defendant knew, should have known, or could not have reasonably believed that his statements about the mileage of Plaintiff's Mercedes was true.

33.  Plaintiff was unaware of the true mileage of the Mercedes he purchased and reasonably relied upon Defendant's statements about mileage in entering into the purchase agreement.

34.  Plaintiff has been damaged by Defendant's misstatements about the mileage of this vehicle.

**WHEREFORE,** Plaintiff requests that the court:

a.     Enter judgment against Defendant for all actual ($25,000), punitive and other damages to which Plaintiff is entitled;

b.     Enter an order rescinding the transaction;

c.     Award attorneys fees, litigation expenses and costs; and

d.     Grant other relief deemed just and appropriate.

Respectfully submitted,

Peter Braslavskiy, Plaintiff

BY _____
Attorney for Plaintiff

Vihar Patel, Esq.
Partner
Law Offices of David Freydin, Ltd.
4433 West Touhy
Suite 405
Lincolnwood, IL 60712
6276274
Office: 847-972-6157
Fax: 866-575-3765

# EXHIBIT "A"

FROM :                                    PHONE NO. : +708+296 0278        Jun. 26 1994 07:34PM  P01



**Elmhurst Lincoln Mercury** Since 1912

180 West Grand Ave.   Telephone: 630-833-3300
ELMHURST, ILLINOIS 60126
Visit Our Web Site at www.elmhurstlincolnmercury.com

| RETAIL ORDER FOR A MOTOR VEHICLE | |
|---|---|
| **SEPTEMBER 14, 2007** | |
| DATE | |

BRATSLAVSKY, PETER
PURCHASER'S NAME

628 CONGDON AVE
STREET ADDRESS

ELGIN                   IL 60120
STATE              ZIP

(847) 289-0855          (847) 289-0855
RES. PHONE              BUS. PHONE

SALESPERSON'S NAME    CHRISTIAN MANZO

DRIVER LIC. NO.

SOC. SEC. NO.

## VEHICLE BEING PURCHASED

PLEASE ENTER MY ORDER FOR THE FOLLOWING

☐ NEW  ☒ CAR     STOCK NO.
☒ USED ☐ TRUCK
☐ DEMO           P5272

YEAR 2001  MAKE MERCEDES

MODEL OR SERIES  S430       BODY TYPE 4DR SDN

COLOR Silver        TRIM

M.V.I. OR SERIAL NO. WDBNG70J81A177005

TO BE DELIVERED ON OR ABOUT 09/14/2007  ODOMETER 84806

## USED VEHICLE TRADE-IN AND/OR OTHER CREDIT

PAY OFF DIFFERENCE OF STATEMENT

IT IS UNDERSTOOD ANY DIFFERENTIAL IN AMOUNT DUE ON CAR TRADED IN WILL BE PAID BY PURCHASER IMMEDIATELY. ALL IDENTIFYING NUMBERS ON SAID VEHICLE AGREE WITH THOSE ON THE CERTIFICATE OF TITLE OR THE STATEMENT OR ORIGIN.

| YEAR | MAKE | STOCK NO. |
|---|---|---|
| MODEL OR SERIES | BODY TYPE | |
| COLOR | | |
| M.V.I. OR SERIAL NO. | | |
| ODOMETER READING | | |
| PLATE NO. | EXP. DATE | |

| | | |
|---|---|---|
| USED TRADE-IN ALLOWANCE | $ | N/A |
| BALANCE OWED ON TRADE-IN | $ | N/A |
| FACTORY REBATE(S) | | N/A |
| FACTORY REBATE(S) | $ | |
| DEPOSIT   CASH ☐  CHECK ☐  CREDIT CARD ☐ | | N/A |
| CASH DUE ON DELIVERY | | 20,878.48 |
| TOTAL CREDIT (TRANSFER TO RIGHT COLUMN) | $ | 20,878.48 |

CONTRACTUAL DISCLOSURE STATEMENT FOR USED VEHICLES ONLY.
"The information you see on the window form (Buyer's Guide) for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in this contract of sale."

*Federal regulations require the odometer mileage to be stated upon transfer of ownership. An inaccurate statement may make the transferor liable for damages to the transferee, pursuant to section 409(a) of the Motor Vehicle Information and Cost Savings Act of 1972, Public Law 92-513.*

Form 7597-F 4/06

| | | |
|---|---|---|
| CASH PRICE OF VEHICLE | | 19,400.00 |
| SOLD ANY THIS USED MOTOR VEHICLE IS SOLD AS IS, WITHOUT ANY WARRANTY, EITHER EXPRESSED OR IMPLIED. THE PURCHASER WILL BEAR THE ENTIRE EXPENSE OF REPAIRING OR CORRECTING ANY DEFECTS THAT PRESENTLY EXIST OR THAT MAY OCCUR IN THE VEHICLE | | |
| DOCUMENTATION FEE | $ | |
| ELECTRONIC FILING FEE | $ | 25 00 |
| CASH PRICE OF VEHICLE | $ | 19,458.48 |
| AFTERMARKET ACCESSORIES | | |
| TOTAL CASH PRICE | $ | 19,458.48 |
| FEDERAL STATE AND LOCAL TAXES | | 1,315.00 |
| License, License Transfer, Title, Registration Fee, Service Fee | | 105.00 |
| TOTAL PRICE OF UNIT | $ | 20,878.48 |
| TOTAL CREDIT (TRANSFER FROM LEFT COLUMN) | $ | 20,878.48 |
| EXTENDED SERVICE PLAN | $ | |
| UNPAID CASH BALANCE DUE ON DELIVERY | | N/A |

Purchaser has read all the provisions on both the face and reverse side of this Order, including this reference to warranty and NO WARRANTIES are part of this Order and that this Order supersedes any prior agreement and is the complete and exclusive agreement on the subject matters covered by this Order. THIS ORDER SHALL NOT BECOME BINDING UNTIL ACCEPTED BY THE DEALER'S AUTHORIZED REPRESENTATIVE. IN THE CASE OF A TIME SALE, THE DEALER SHALL NOT BE OBLIGATED TO SELL UNTIL A FINANCE SOURCE APPROVES THIS ORDER AND AGREES TO PURCHASE A RETAIL INSTALLMENT CONTRACT BETWEEN THE PURCHASER AND THIS DEALER BASED ON THIS ORDER. Purchaser certifies he is of majority age and has received a true copy of this Order.

PURCHASER'S SIGNATURE

ACCEPTED BY

PER                           (NAME AND TITLE)

ACCT. NO.

FROM :                                         PHONE NO. : +708+296 0278        Jun. 25 1994 02:16AM  P02



Illinois Department of Revenue

# ST-556   Sales Tax Transaction Return
(R-7/06)   (For Vehicles, Watercraft, Aircraft, Trailers, and Mobile Homes)

| | |
|---|---|
| Do not write above this line. | NB CA ED RO TL |

Tax return no.:        43429660-4
IBT no.:               0009-9147
Taxable location no.:  022-0009-0 001
Taxable location name: ELMHURST
Dealer's license no.:  DL1 912
Rev: 04
Form: 016

ELMHURST LINCOLN MERCURY INC
150 W GRAND AVE
ELMHURST IL  60126-1135

(630) 833-3160

## 1  Write the buyer's name and address

Name(s)  BRATSLAVSKY, PETER

Street  628 CONGDON AVE       City  ELGIN      State  IL   ZIP  60120

## 2  Describe the item sold

☐ A Vehicle        ☐ B Watercraft     ☐ C Aircraft
☐ D Trailer        ☐ E Mobile Home    ☐ F _____

☐ New              ☐ Used

Identification no. WDBNG70J81A177005

Year  2001   Make  MERCEDES

Body style and model  4DR SDN   S430

## 3  Write the date of delivery        09 14 2007
                                        month  day   year
(This return is due no later than 20 days after the date of delivery.)

## 4  Describe the trade-in, if any

Item traded in _____

Identification no. _____

Year _____   Make _____

Body style and model _____

## 5  Exempt or sale to a nonresident

If so, check the correct box below. and see Instructions for Section 6.
☐ A Nonresident buyer (NOT an out-of-state dealer)See Instructions.
    drive-away permit.no./ilo. plate no. _____ state _____
☐ B Sold for resale to a DEALER
    (Write either the Illinois dealer's IBT no. or "Out-of-state dealer.")
☐ C Exempt organization (government, school, religious, or charitable)
    tax-exempt no. E- _____
☐ D Sold to an interstate carrier for hire for use as rolling stock
    Certificate of authority no. _____
☐ E Sold for rental use
    buyer's IBT no. _____
☐ F Other (describe) _____

## 6  Write the price, and figure the tax   (Round to nearest dollar)
You must complete Lines 1 and 2 even if no tax is due.

| | | |
|---|---|---|
| 1 | Total price (include accessories, federal excise taxes, freight and labor, dealer preparation, documentary fees, and dealer-reimbursed rebates or incentives). | 19458.00 |
| 2 | Total trade-in credit or value. | N/A |
| 3 | Amount subject to tax [Line 1 - Line 2] | 19458.00 |
| 4 | Tax [Line 3 X .0675*] (If you made this sale from a temporary sales location, see the instructions.) | 1315.00 |

*Ln 3 x .0800 if Chicago buyer

| | | |
|---|---|---|
| 5 | Use tax for certain districts - (see instructions) Do not report home rule use tax below. | |
|   | a. County | |
|   | b. City | N/A |
|   | c. Township | 1315.00 |
| 6 | Total tax [Line 4 + Line 5] | 23.00 |
| 7 | Retailer's allowance if filed on time [Line 6 X .0175] | |
|   | | 1292.00 |
| 8 | Net tax due [Line 6 - Line 7] | N/A |
| 9 | Prior overpayment (see instructions) | |
|   | | N/A |
| 10 | Credit for previously paid tax (see instructions) On the line below, write the tax return number of the Form ST-556 on which you previously paid tax to an Illinois dealer. | |
|   | Tax return no. | N/A |
| 11 | Excess tax collected. | |
|   | | 1292.00 |
| 12 | Total tax due [Line 8 - Line 9 - Line 10 + Line 11] | N/A |
| 13 | Credit memorandum (see instructions) | 1292.00 |
| 14 | Amount due [Line 12 - Line 13] | |

Dealer's check no. _____

Do not write below this line.

Under penalties of perjury, we state that we have examined this return, including any schedules and statements, and to the best of our knowledge, it is true, correct, and complete. If we made this sale, we also state that the buyer has properly assigned and surrendered the trade-in to the seller.

Signature of buyer(s) _____  Date  09/14/2007

Signature of seller _____  Date _____

Date received by Illinois state government   Copy 3 - Purchaser's

This form is authorized as outlined by the Illinois tax laws and the Illinois Vehicle Code. Disclosure of this information is REQUIRED. Failure to provide information could result in penalties. This form has been approved by the Forms Management Center.        IL-492-1556

ATTACH PAYMENT HERE

# EXHIBIT "B"

Jun. 25 1994 02:15AM   P01

PHONE NO. : +708+29E 0278

FROM :

## ODOMETER DISCLOSURE STATEMENT

FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN A FINE OR IMPRISONMENT.

I, __ELMHURST LINCOLN-MERCURY INC.__ _____ STATE THAT
(TRANSFEROR'S NAME - SELLER - PRINT)

THE ODOMETER NOW READS _____ 84806 _____ MILES AND TO THE
(ODOMETER READING (NO TENTHS))

BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED BELOW, UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED.

☐ (1) I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.

☐ (2) I HEREBY CERTIFY THAT THE ODOMETER READING IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

| MAKE | MODEL | BODY TYPE |
|------|-------|-----------|
| MERCEDES | S430 | 4DR SDN |
| VEHICLE IDENTIFICATION NO. | YEAR | DEALER STOCK NO. |
| WDBNG70J81A177006 | 2001 | P5272 |

TRANSFEROR'S SIGNATURE (SELLER)
X

(PRINTED NAME)
ELMHURST LINCOLN-MERCURY

TRANSFEROR'S STREET ADDRESS (SELLER)
150 W GRAND AVE

| (CITY) | (STATE) | (ZIP CODE) |
|--------|---------|------------|
| ELMHURST | IL | 60126 |

DATE OF STATEMENT
09/14/2007

TRANSFEREE'S SIGNATURE (BUYER)
X  P. Bratslavsky

(PRINTED NAME)
BRATSLAVSKY, PETER

TRANSFEREE'S SIGNATURE (CO-BUYER)
X

(PRINTED NAME)

TRANSFEREE'S NAME (BUYER)
BRATSLAVSKY, PETER

TRANSFEREE'S STREET ADDRESS (BUYER)
628 CONGDON AVE

| (CITY) | (STATE) | (ZIP CODE) |
|--------|---------|------------|
| ELGIN | IL | 60120 |

580.5 REV. 4/02

## ORIGINAL - TRANSFEREE (BUYER)

# EXHIBIT "C"

Welcome to AutoCheck

 



Home | Account Options | About Us | FAQ | Help



To get a report for one vehicle, enter VIN below, then select a report type button.

Enter VIN Number   | 

⊙ English   ○ Spanish

**Print options: Report will print:**

⊙ With section details shown

○ With section details hidden

## Your AutoCheck Vehicle History Report

### Summary

**Report Run Date: 10/08/2007**

The vehicle identification number you submitted has been analyzed and summary information on your car is shown below.

| | | | |
|---|---|---|---|
| **VIN:** | WDBNG70J81A177005 | **Class:** | Upscale - Luxury |
| **Year:** | 2001 | **Engine:** | 4.3L V8 EFI |
| **Make:** | Mercedes-Benz | **Country of Assembly:** | Germany |
| **Model:** | S Class S430 | **Vehicle Age:** | 6 year(s) |
| **Style/Body:** | Sedan 4D | **Calculated Owners:** | 2 |

This vehicle's AutoCheck Score

This vehicle is not AutoCheck Assured™ and does not qualify for Buyback Protection





What does this mean?

**Section summaries**

Welcome to AutoCheck                    Page 2 of 4

| | | |
|---|---|---|
| **Title and Problem Check:** | ● | Your vehicle checks out! |
| **Odometer Check:** | ! | Odometer discrepancy(ies) reported |
| **Vehicle Use and Event Check:** | I | Specific vehicle use(s) or events reported |
| **Full History:** | ! | Detailed information available |

 **Your Vehicle Checks Out!** AutoCheck's database for this 2001 Mercedes-Benz S Class S430 (WDBNG70J81A177005) shows no negative titles or other problems. When reported to AutoCheck, these events can indicate serious past damage or other significant problems.

 Show Details

**0 Problem(s) Reported:**     **15 Title/Problem areas checked:**

 **Problem Reported!** AutoCheck examined the reported odometer readings reported to AutoCheck for this 2001 Mercedes-Benz S Class S430 (WDBNG70J81A177005) and an indication of an odometer rollback or tampering was found. AutoCheck uses business rules to determine if reported odometer readings are significantly less than previously reported values. Not all reported odometer readings are used. Title and auction events also report odometer tampering or breakage.

 Hide Details

| 1 Problem(s) Reported: | Mileage | Date Reported | |
|---|---|---|---|
| ● | 10 | 07/03/2001 | |
| ● | 126,260 | 05/13/2005 | |
| ● | 60,700 | 06/30/2005 | not included in rollback calculation |
| ! | 67,068 | 11/10/2005 | **Possible Odometer Rollback/Rollover** |
| ● | 84,806 | 05/02/2007 | |
| ● | 84,806 | 05/03/2007 | |

 **Information Reported!** AutoCheck shows additional information reported to AutoCheck about how this 2001 Mercedes-Benz S Class S430 (WDBNG70J81A177005) has been used and other events. This includes reported accidents and corrected or duplicate titles and storm area registrations.

 Hide Details

**1 Event(s) Reported:**     **10 Vehicle uses checked:**

- ● No rental record
- ● No fleet record
- ● No fleet and/or rental record
- ● No fleet and/or lease record

Welcome to AutoCheck

Lease record(s)

No taxi use record

No police use record

No government use record

No livery use record

No driver education record

**2 Event(s) Reported:**   **9 Vehicle events checked:**

No accident record reported through state agencies or independent sources

Corrected title record(s)

No duplicate title record

Emission/safety inspection record(s)

No loan/lien record

No fire damage incident record

No repossessed record

No theft record

No storm area registration/title record

## Full History

Below are the historical events for this vehicle listed in chronological order. Any discrepancies will be in bold text.

**Report Run Date: 10/08/2007**
**Vehicle: 2001 Mercedes-Benz S Class S430 (WDBNG70J81A177005)**

| Event date | Location | Odometer reading | Data Source | Details |
|---|---|---|---|---|
| 06/27/2001 | HINSDALE, IL | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL (Leased Vehicle) |
| 07/03/2001 | HINSDALE, IL | 10 | Motor Vehicle Dept. | TITLE (Title #:T1184109042) (Leased Vehicle)(Lien Reported) |
| 08/02/2001 | HINSDALE, IL | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL (Leased Vehicle) |
| 02/22/2002 | WILLOWBROOK, IL | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL (Leased Vehicle) |
| 04/04/2003 | WILLOWBROOK, IL | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL (Leased Vehicle) |
| 03/30/2004 | WILLOWBROOK, IL | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL (Leased Vehicle) |
| 05/13/2005 | WILLOWBROOK, IL | 176,260 | Motor Vehicle Dept. | TITLE (Title #:X5133504013) REGISTRATION EVENT/RENEWAL |
| 06/09/2005 | WOOD DALE, IL | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL |
| 06/30/2005 | WOOD DALE, IL | 60,700 | Motor Vehicle Dept. | TITLE (Title #:X5181850002) NOT ACTUAL MILES, REMOVED ON LATER TITLE |
| 10/04/2005 | SKOKIE, IL | | Independent | PASSED EMISSION INSPECTION |

Welcome to AutoCheck

| | | | Emission Source | |
|---|---|---|---|---|
| 11/10/2005 | CHICAGO, IL | 67,068 | Motor Vehicle Dept. | TITLE (Title #:X5314772018) CORRECTED TITLE |
| 05/03/2006 | WOOD DALE, IL | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL |
| 04/26/2007 | WOOD DALE, IL | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL |
| 05/02/2007 | IL | 84,806 | Auto Auction | REPORTED AT AUTO AUCTION |
| 05/03/2007 | IL | 84,806 | Auto Auction | REPORTED AT AUTO AUCTION AS DEALER VEHICLE |

## This Vehicle's Glossary

Below are the specific definitions for events that appear in this vehicle's report.
More information is available in the full AutoCheck glossary.

| Term | Section Location | Definition |
|---|---|---|
| Emission/Safety Inspection | Vehicle Use and EventCheck | An approved emission testing station has inspected the vehicle to measure the amount of pollutants the vehicle emits into the environment. |
| Corrected Title | Vehicle Use and EventCheck | The State DMV has issued a corrected title for the vehicle. |
| Lease | Vehicle Use and EventCheck | Vehicle was registered as lease vehicle. |

**AutoCheck Terms and Conditions**
This report, and any reliance upon it, is subject to AutoCheck Terms and Conditions. If you obtained the report from a dealer, the dealer has been provided with these Terms & Conditions and can share them with you. These AutoCheck Terms and Conditions are also available at any time at www.autocheck.com/terms or by writing to Experian: Experian Automotive C/O AutoCheck Customer Service 955 American Lane Schaumburg IL 60173

**Buyback Protection Terms and Conditions**
This vehicle (WDBNG70J81A177005) does not qualify for AutoCheck Buyback Protection.

**About AutoCheck**
AutoCheck vehicle history reports by Experian Automotive is the leading vehicle history reporting service. With expert data handling, the Experian Automotive database houses over 4 billion records on a half a billion vehicles. Every AutoCheck vehicle history report will give you confidence when buying or selling your next used vehicle, with superior customer service every step of the way.

AutoCheck Terms and Conditions | AutoCheck Buyback Protection Terms and Conditions
Market Place | Account Options | Get Report | About Us | FAQ | Help | Experian Group | Privacy

© Copyright 2007, Experian All rights reserved.

# EXHIBIT "D"

## *P.J.G.*
## *Consulting and Appraisal*
## AMERICAN TECHNICAL INSPECTIONS
### "Have camera will travel"
### EXPERT TRANSPORTATION AND MARINE
### APPRAISAL CONSULTATION AND ADJUSTING

Phillip J. Grismer B.B.A.
 Experience since 1970
A.S.E. Master Automobile Technician
Il. State Board of Education Certified
Automotive Instructor.
Past President Chicago land VW Service
Managers Organization.
Certified Member International Automobile
Appraisers Association Member #
100318004

60 B West Terra Cotta suite 109
Crystal Lake, Illinois 60014
E-mail
amertek1@gmail.com
CAGA Certified
Certified Personal Property Appraiser
Certified Appraisers Guild of America

## INSPECTION APPRAISAL REPORT
## VEHICLE AND CONDITION DETAILS

| | |
|---|---|
| *File No.*: 101607-1 | *Client Name*: Peter Blatslavsky |
| *Date of Inspection* : 10-16-2007 | *Time of Inspection*: 4:10 p.m. to 5:00 p.m. |
| *Weather Conditions*: Overcast 64 F. | *Documents Reviewed*: supplied service history, Infotraxx, technical service bulletins, N.H.T.S.A. gov. Black Book USA, Kelly Blue Book and/or N.A.D.A. valuation guides, manual and/or web based. |

## VEHICLE SPECIFICATIONS

| | |
|---|---|
| *Year of Vehicle*:: 2001 | *Make/Model*: Mercedes Benz S 430 |
| *VIN*: WDBNG70J81A177005 | *Mileage*: 87,004 |
| *Engine Specifications*: 4.3 Liter V 6 | *Other Specifications*: Power moon roof, Full power, automatic transmission, leather seating. |
| *Condition of Vehicle/Comparison Category based on sale price* : Good | *Fluid Levels:* All checkable fluids are full and in good condition. |

Photographs were taken for confirmation purposes.
American technical Inspections and/or Phil Grismer attest to having no
financial interest in this vehicle beyond the inspection fee.

**Appraisal Report File #**      101607-1                    **Page  2.**


**Complaint Issues :** Vehicle unmerchantable at time of sale. Erroneous odometer recording.

# American Technical Inspections    File # 101607-1

Inspection Report Prepared For : Peter Bratslavsky 628 Congdon Ave. Elgin, IL, 60120 :

The vehicle was inspected at the owner's residence. The vehicle was road tested on the surrounding streets and road ways. The vehicle was driven approximately 2 miles.

The vehicle is diminished in value from the comparison category due to the following historic and ongoing conditions.

The provenance and history supplied, consists of purchase documents, repair invoice, Carfax report and Auto check report.

**_Provenance:_** The vehicle was sold on 9-1-2007 at 84,806 miles. The vehicle was sold for $19,400.00 placing it in the Good Vehicle category for valuation purposes. MSRP $70,800.00 when new.

**_Reviewed History:_** The history begins at purchase with the certified odometer statement; showing that the vehicle has 84,806 miles on it. The Autocheck report shows that the vehicle is listed as DISQUALIFIED for an Autocheck assurance program due to possible odometer roll back per its history. The problem is listed as a possible odometer roll back due to the following history. At 10 miles on 7-30-2001 the vehicle was registered as sold. On 5-13-2005 the vehicle is listed as having 126,260 miles recorded. The history further shows that the vehicle was registered as having only 60,700 miles on 6-30-2005 and 67,068 miles on 11-10-2005. The vehicle was registered as sold again at 84,806 miles on 5-2-2007.

The Carfax report history shows that the vehicle was originally sold as a corporate lease vehicle indicating that the vehicle was possibly a rental vehicle creating a moral hazard to value. Carfax has fewer entries reported and does not show the 5-13-2005 entry showing 126,260 miles and therefore Carfax doe's not report the possible rollback.

**_Conclusion Opinion of reviewed history:_**
The vehicle odometer history is very suspicious and since the odometer unit is a

digital assembly there are no physical signs of tampering. These units are "adjusted" electronically by connecting a computer to the on board data link and realigning the odometer digits, without leaving any physical evidence of tampering. The fact that the history shows a trail of suspicious odometer recordings will follow the vehicle cradle to grave, creating a moral hazard to value.

The initial inspection began with visual inspections that revealed that the vehicle exhibits no evidence of vehicle owner caused abuse, misuse or neglect.

The engine was started and allowed to idle. The engine exhibits a loud intermittent internal lifter metallic clatter. The engine runs rough at idle. The brake and accelerator pedal pads and seat cover upholstery all show signs of wear typical and consistent with a vehicle having in excess of 100,000 miles on it.

Additionally this vehicle year, make and model, is listed as involved in 6 Safety Recall Campaigns per the National Highway Transportation Safety Agency. Safety Recall # 01V014000 defective heated windshield washer bottle 3,400 vehicles involved. # 02V338000 defective battery grounding, 65,000 vehicles involved. #04V227000 defective electrical circuit breakers, 54,454 vehicles involved. # 06V028000 defective interior lighting, 36,911 vehicles involved. #07V263000 defective ABC hydraulic system, 19,924 vehicles involved. #07V263000 defective ABC high pressure hose, 19,924 vehicles involved.

This data is supplied for information purposes only and may not apply to this specific vehicle. However, involvement of a vehicle in a Safety Recall Campaign is a direct indication of manufacturing defects present in the specific vehicle.

It is my opinion that this vehicle was defective and unmerchantable at the time of sale. This is evidenced by, and resulting in the accumulated history reviewed, as well as the ongoing unacceptable conditions observed during the inspection. It is my opinion that the average purchaser, having been fully informed, considering this make and model for purchase; would reject this vehicle as a candidate for purchase based on its history and the ongoing abnormal conditions observed.

All of the abnormal conditions complained of require extensive invasive diagnostic and service repair operations that are beyond the scope of this inspection.

It is my opinion that the value of this vehicle is diminished.

Having inspected this vehicle and reviewed its history, it is my opinion that the value of this vehicle was below *The Original Purchase Price at time of Retail Sale,* by 60 percent. MSRP $70,800.00. Sale Price $19,400.00. *Actual Value at time of Retail Sale/Purchase,* due to diminished value appraisal $7,760.00. The Current good valuation category per Black Book USA $ 22,133.00 averaged between high and low retail. Current Good valuation NADA $22,650.00 averaged between high and low retail. Average current valuation between both guides, $ 22,391.00. Diminished value of vehicle in its current condition, $8,956.00.

This appraisal allows for a margin of error of 5 percent either way. Therefore, 55 Percent DV of $19,400.00 equals $8,730.00. 65 percent DV of $19,400.00 equals $6,790.00.

This make and model of vehicle is readily available in the automotive market place, without the serious defects present in this specific vehicle, and can be acquired without defects and meeting the Good condition criteria as defined by all published major valuation guides. This fact has the effect of drastically devaluing this vehicle.

Under penalties as provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes to be true.

Phillip J. Grismer B.B.A.
A.S.E. Certified Master Automobile Technician
Certified Member International Automobile Appraisers Association
Member # 1003180004.
CAGA Certified Personal Property Appraiser
Certified Appraisers Guild of America.
Sent via E-Mail, USPS, Fed EX, UPS,
Fax, hand delivery, or any combination of same.

01-28-2001 03:12 AMERICAN TECHNICAL INSP 18153016917 Page 24 of 36 PAGES
Case 1:07-cv-07276 Document 1 Filed 12/28/2007 Page 24 of 36



**Vehicle Pricing & Information**

nadaguides.com                    11/1/2007

Autos · Motorcycles · Boats · Collector Cars · Recreation Vehicles · Manufactured Homes

**4-Door Sedan**
2001 Mercedes-Benz S Class Sedan 4D S430

## PRICING

|  | Clean Trade-In | Clean Retail Value |
|---|---|---|
| **Base Price** | $18,425 | $22,100 |
| **Mileage** | | |
| 87,004 miles | N/A | N/A |
| **Options** | | |
| Power Sunroof (Std. AMG, S/CL Class) | $475 | $550 |
| **TOTAL PRICE** | **$18,900** | **$22,650*** |

The consumer values on nadaguides.com are based on the Consumer edition of the N.A.D.A. Official Used Car Guide ®, and should not be utilized for industry purposes. The consumer values may vary from the N.A.D.A. Official Used Car Guide values presented to you by insurance companies, banks, credit unions, government agencies and car dealers due to vehicle condition, regional market differences and frequency of updates.

**Clean Trade-In**
A Clean Trade-In vehicle will be clean and without glaring defects. Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean and all power options should work. The mileage should be within the acceptable range for the model year. The "Clean Trade-In" value is a national average calculated from the Official Used Car Guide's ten regions. The "Clean Trade-In" value for your vehicle could be higher or lower than the national average due to your local market conditions.

**Clean Retail Value**
A Clean Retail vehicle will be clean and without glaring defects. Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean, and all power options should work. The mileage should be within the acceptable range for the model year.

A Clean Retail vehicle on a dealer lot may include a limited warranty or guarantee, and possibly a current safety and/or emission inspection (where applicable).

**Note:** Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

SUPPORT DOCUMENT



©Copyright 2007 NADAguides.com. All Rights Reserved
©NADASC 2007. All Rights Reserved.

SUPPORT
DOCUMENT

BRATSLAVSKY v. ELMHURST L v M.

Black Book Used Car Values    Case 1:07-cv-07276    Document 1    Filed 12/28/2007    Page 26 of 36    http://data.blackbook.com/bb/products/print.asp?string=USB70045...

**11/1/2007**                    **Contact Information**

Company: American Technical Inspections  Telephone: 708-267-0029
Contact: Phillip Grismer
E-mail: amertek@sbcglobal.net                Fax: 800-357-3444

**Notes**

Peter Bratslavsky V. Elmhurst Lincoln Mercury

SUPPORT
DOCUMENT

**2001 Mercedes-Benz S Class S430 4D Sedan**

| | | Residual | |
|---|---|---|---|
| VIN: | WDBNG70J81A177005 | Months | Value |
| UVC: | 2001660091 | 12 | $0 |
| VIN + UVC: | WDBNG70J1091 | 24 | $0 |
| MSRP: | $70,800 | 30 | $0 |
| Finance Advance: | $20,475 | 36 | $0 |
| Model Number: | S430V | 42 | $0 |
| Price Includes: | AT AC CD LTH SR | 48 | $0 |
| Adj. State: | Illinois | 60 | $0 |
| Mileage: | 87,004 | | |
| Mileage Cat: | E | | |

| | | | | | |
|---|---|---|---|---|---|
| Tire Size: 225/60R16 | Weight: 4,133 | Cylinders: 8 |
| Base HP: 275 @ 5750 | Fuel Type: Gas | Transmission: A |
| Taxable HP: 58.9 | Wheelbase: 121.5 | Drive Train: RWD |

**Black Book Wholesale**

| | Extra Clean | Clean | Average | Rough |
|---|---|---|---|---|
| Base | $21,500 | $20,000 | $17,000 | $13,000 |
| Options | $0 | $0 | $0 | $0 |
| Mileage Adj. | ($1,450) | ($725) | $0 | $0 |
| Total | $20,050 | $19,275 | $17,000 | $13,000 |

**Black Book Retail**

*Bratslavsky Elmhurst Lam*

|  | Extra Clean | Clean | Average | Rough |
|---|---|---|---|---|
| Base | $25,175 | $23,450 | $19,950 | $15,525 |
| Options | $0 | $0 | $0 | $0 |
| Mileage Adj. | ($1,450) | ($725) | $0 | $0 |
| Total | $23,725 | $22,725 | $19,950 | $15,525 |

$22,133 AVG.

## Black Book Trade-In

|  | Clean | Average | Rough |
|---|---|---|---|
| Base | $20,180 | $17,360 | $12,285 |
| Options | $0 | $0 | $0 |
| Mileage Adj. | ($725) | $0 | $0 |
| Total | $19,455 | $17,360 | $12,285 |

## Black Book Add/Deducts

Copyright © 2007 Hearst Business Media Corp. ALL RIGHTS RESERVED.

SUPPORT
DOCUMENT

BRASLAVSKY v. ELMHURST LOAN.




# OFFICE OF DEFECTS INVESTIGATION (ODI)

## Recalls - Search Results

6 Records Displayed.

Report Date : November 1, 2007 at 11:32 AM

SEARCH TYPE : VEHICLE

Make : MERCEDES BENZ

Model : S CLASS

---

**Make : MERCEDES BENZ**　　　　**Model : S CLASS**　　　　**Year : 2001**

**Manufacturer : MERCEDES-BENZ USA, LLC.**

**NHTSA CAMPAIGN ID Number : 01V014000**　　　　**Mfr's Report Date : JAN 17, 2001**

**Component: VISIBILITY:WINDSHIELD WIPER/WASHER**

**Potential Number Of Units Affected : 3400**

**Summary:**

VEHICLE DESCRIPTION: PASSENGER VEHICLES. THE SHEATHING MATERIAL ON THE ELECTRICAL CONNECTION OF THE HEATED WINDSHIELD WASHER BOTTLE HOSE COULD OVERHEAT.

**Consequence:**

THIS COULD CAUSE THE SURROUNDING PLASTIC AND INSULATION TO MELT.

**Remedy:**

DEALERS WILL REPLACE THE HEATED WASHER BOTTLE HOSE ASSEMBLY. OWNER NOTIFICATION BEGAN JANUARY 29, 2001. OWNERS WHO TAKE THEIR VEHICLES TO AN AUTHORIZED DEALER ON AN AGREED UPON SERVICE DATE AND DO NOT RECEIVE THE FREE REMEDY WITHIN A REASONABLE TIME SHOULD CONTACT MERCEDES-BENZ AT 1-800-367-6372.

**Notes:**

ALSO CONTACT THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION'S AUTO SAFETY HOTLINE AT 1-888-DASH-2-DOT (1-888-327-4236).

---

**Make : MERCEDES BENZ**　　　　**Model : S CLASS**　　　　**Year : 2001**

**Manufacturer : MERCEDES-BENZ USA, LLC.**

**NHTSA CAMPAIGN ID Number : 02V338000**　　　　**Mfr's Report Date : DEC 09, 2002**

**Component: ELECTRICAL SYSTEM:BATTERY**

**Potential Number Of Units Affected : 85000**

**Summary:**

ON CERTAIN PASSENGER VEHICLES, EXCESSIVE STATIC BUILD-UP IN THE TRUNK FLOOR MATS CAN CAUSE A STATIC DISCHARGE WHEN INDIVIDUALS MOVE OR REMOVE ITEMS FROM THE TRUNK COMPARTMENT.

**Consequence:**

THIS CAN DAMAGE THE ELECTRICAL SYSTEM COMPONENTS LOCATED IN THE TRUNK, INCLUDING THE VEHICLE¿S BATTERY.

SUPPORT DOCUMENT

**Remedy:**

DEALERS WILL INSTALL A STATIC INSULATION PANEL BETWEEN THE CARPET AND THE VEHICLE BATTERY WHICH WILL PROVIDE AN ELECTRICAL GROUNDING. OWNER NOTIFICATION BEGAN FEBRUARY 14, 2003. OWNERS WHO TAKE THEIR VEHICLES TO AN AUTHORIZED DEALER ON AN AGREED UPON SERVICE DATE AND DO NOT RECEIVE THE FREE REMEDY WITHIN A REASONABLE TIME SHOULD CONTACT MERCEDES-BENZ AT 1-800-367-6372.

**Notes:**

MERCEDES-BENZ RECALL NO. 2002110014. CUSTOMERS CAN ALSO CONTACT THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION¿S AUTO SAFETY HOTLINE AT 1-888-DASH-2-DOT (1-888-327-4236).

---

**Make : MERCEDES BENZ**          **Model : S CLASS**          **Year : 2001**

**Manufacturer : MERCEDES-BENZ USA, LLC.**

**NHTSA CAMPAIGN ID Number : 04V227000**          **Mfr's Report Date : MAY 04, 2004**

**Component: ELECTRICAL SYSTEM:FUSES AND CIRCUIT BREAKERS**

**Potential Number Of Units Affected : 54454**

**Summary:**

ON CERTAIN PASSENGER VEHICLES, DURING THE PRODUCTION PROCESS OF THE BLOWER MOTOR FUSE HOLDER, THE SIZE OF THE ELECTRIC CONDUCTOR OF THE HOLDER MAY BE BELOW APPROPRIATE TOLERANCES.

**Consequence:**

CONSEQUENTLY, THE ELECTRIC CONDUCTOR OF THE BLOWER MOTOR FUSE HOLDER MAY DISSIPATE MORE HEAT THAN THE PLASTIC FUSE HOLDER WAS DESIGNED TO WITHSTAND, WHICH COULD RESULT IN OVERHEATING OF THE HOLDER AND DISABLING OF THE BLOWER MOTOR AND THE ABILITY TO DEFROST OR DEFOG THE WINDSHIELD IN COLD OR HOT AND HUMID WEATHER CONDITIONS. DEPENDING ON THE OCCURRENCE AND WEATHER SITUATION, DRIVER VISIBILITY COULD BE REDUCED, WHICH COULD RESULT IN A CRASH.

**Remedy:**

DEALERS WILL INSTALL NEW BLOWER MOTOR FUSE HOLDERS. THE RECALL BEGAN DURING OCTOBER 2004. OWNERS SHOULD CONTACT MERCEDES-BENZ AT 1-800-367-6372.

**Notes:**

MERCEDES-BENZ RECALL NO. 2004 070010. CUSTOMERS CAN ALSO CONTACT THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION¿S AUTO SAFETY HOTLINE AT 1-888-DASH-2-DOT (1-888-327-4236).

---

**Make : MERCEDES BENZ**          **Model : S CLASS**          **Year : 2001**

**Manufacturer : MERCEDES-BENZ USA, LLC.**

**NHTSA CAMPAIGN ID Number : 06V028000**          **Mfr's Report Date : FEB 01, 2006**

**Component: INTERIOR LIGHTING**

**Potential Number Of Units Affected : 36911**

**Summary:**

ON CERTAIN VEHICLES, THE INSTRUMENT CLUSTER IS EXPERIENCING ELECTRICAL MALFUNCTIONS. THE INSTRUMENT CLUSTER CONTAINS GAUGES AND INDICATORS THAT MUST BE ILLUMINATED WHENEVER THE VEHICLE IS IN OPERATION.

**Consequence:**

DUE TO INADEQUATE ILLUMINATION, THE DRIVER WILL BE UNABLE TO READ THE GAUGES AND INDICATORS, SUCH AS THE SPEEDOMETER, WHICH COULD INCREASE THE RISK OF A CRASH.

SUPPORT
DOCUMENT

**Remedy:**

DEALERS WILL REPLACE THE INSTRUMENT CLUSTER MODULES. THE RECALL WILL BE CONDUCTED IN PHASES. PHASE I WAS MAILED OUT TO APPROXIMATELY 7,600 OWNERS ON SEPTEMBER 29, 2006. PHASE II AND PHASE III IS SCHEDULED FOR DECEMBER 2006. OWNERS MAY CONTACT MERCEDES-BENZ AT 1-800-367-6372.

**Notes:**

CUSTOMERS MAY ALSO CONTACT THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION¿S VEHICLE SAFETY HOTLINE AT 1-888-327-4236 (TTY 1-800-424-9153), OR GO TO HTTP://WWW.SAFERCAR.GOV.

---

**Make :** MERCEDES BENZ          **Model :** S CLASS          **Year :** 2001

**Manufacturer :** MERCEDES-BENZ USA, LLC.

**NHTSA CAMPAIGN ID Number :** 07V263000          **Mfr's Report Date :** JUN 07, 2007

**Component:** ENGINE AND ENGINE COOLING

**Potential Number Of Units Affected :** 19924

**Summary:**

ON CERTAIN VEHICLES, CORROSION MAY OCCUR IN THE INNER STEEL PORTIONS OF THE ACTIVE BODY CONTROL'S (ABC) HIGH PRESSURE DISTRIBUTION HOSE DUE TO EXTENSIVE EXPOSURE TO HUMIDITY CAUSING DETERIORATION OF THE HOSE.

**Consequence:**

THIS MAY RESULT IN ABC HYDRAULIC FLUID LEAKAGE NEAR THE CATALYTIC CONVERTER. LEAKING FLUID MAY COME IN CONTACT WITH HOT ENGINE COMPONENTS AND LEAD TO A POSSIBLE FIRE.

**Remedy:**

DEALERS WILL INSTALL NEW CORROSION RESISTANT ABC HIGH PRESSURE DISTRIBUTION HOSE. THE RECALL BEGAN ON JULY 2, 2007. OWNERS MAY CONTACT MERCEDES-BENZ AT 1-800-367-6372.

**Notes:**

MERCEDES-BENZ RECALL NO. 207060002. CUSTOMERS MAY ALSO CONTACT THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION¿S VEHICLE SAFETY HOTLINE AT 1-888-327-4236 (TTY 1-800-424-9153), OR GO TO HTTP://WWW.SAFERCAR.GOV.

---

**Make :** MERCEDES BENZ          **Model :** S CLASS          **Year :** 2001

**Manufacturer :** MERCEDES-BENZ USA, LLC.

**NHTSA CAMPAIGN ID Number :** 07V263000          **Mfr's Report Date :** JUN 07, 2007

**Component:** SUSPENSION

**Potential Number Of Units Affected :** 19924

**Summary:**

ON CERTAIN VEHICLES, CORROSION MAY OCCUR IN THE INNER STEEL PORTIONS OF THE ACTIVE BODY CONTROL'S (ABC) HIGH PRESSURE DISTRIBUTION HOSE DUE TO EXTENSIVE EXPOSURE TO HUMIDITY CAUSING DETERIORATION OF THE HOSE.

**Consequence:**

THIS MAY RESULT IN ABC HYDRAULIC FLUID LEAKAGE NEAR THE CATALYTIC CONVERTER. LEAKING FLUID MAY COME IN CONTACT WITH HOT ENGINE COMPONENTS AND LEAD TO A POSSIBLE FIRE.

**Remedy:**

DEALERS WILL INSTALL NEW CORROSION RESISTANT ABC HIGH PRESSURE DISTRIBUTION HOSE. THE RECALL BEGAN ON JULY 2, 2007. OWNERS MAY CONTACT MERCEDES-BENZ AT 1-800-367-6372.

**Notes:**

MERCEDES-BENZ RECALL NO. 207060002. CUSTOMERS MAY ALSO CONTACT THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION¿S VEHICLE SAFETY HOTLINE AT 1-888-327-4236 (TTY 1-800-424-9153), OR GO TO HTTP://WWW.SAFERCAR.GOV.

SUPPOR.
DOCUME

Bratslasky v. Elmhurst
com

# EXHIBIT "E"

STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| WDBNG70281A177005 | 2001 | MERCEDES-BENZ | S430 | 4 DOOR | X5133504013 |

| DATE ISSUED | ODOMETER | CCM | PURCHASED | PURCHASE DATE |
|---|---|---|---|---|
| 05/13/05 | 129280 | | USED | 04/26/05 |

MOBILE HOME SQ. FT.

TYPE OF TITLE
ORIGINAL

MAILING ADDRESS

JOSEPH A KOPEC
1140 LAURIE LN
WILLOWBROOK IL 60527-7489

LEGEND(S)

ACTUAL MILEAGE

OWNER'S NAME AND ADDRESS
JOSEPH A KOPEC
1140 LAURIE LN
WILLOWBROOK IL 60527-7489

FIRST LIENHOLDER NAME AND ADDRESS

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

## ASSIGNMENT OF TITLE

DATE OF SALE 5/23/05

Printed Name Tim Tamaszewski

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file in my Office, the person or entity named herein is the owner of the vehicle described hereon which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

036733142

CONTROL NO.

Jesse White
JESSE WHITE, Secretary of State

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

X5181850002

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

## FIRST REASSIGNMENT DEALER ONLY

Name of Purchaser _____ Street _____ City _____ State _____ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING [ NO TENTHS ]

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale _____                Dealer's Name _____                Dealer No. _____

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent                    Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser _____ Street _____ City _____ State _____ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING [ NO TENTHS ]

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale _____                Dealer's Name _____                Dealer No. _____

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent                    Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser _____ Street _____ City _____ State _____ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING [ NO TENTHS ]

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale _____                Dealer's Name _____                Dealer No. _____

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent                    Printed Name (same as signature)

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser _____ Street _____ City _____ State _____ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING [ NO TENTHS ]

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale _____                Dealer's Name _____                Dealer No. _____

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent                    Printed Name (same as signature)

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser _____ Street _____ City _____ State _____ Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING [ NO TENTHS ]

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale _____                Dealer's Name _____                Dealer No. _____

Agent's Signature
I am aware of the above odometer certification made by the seller/agent.

Printed Name (same as signature)

Signature of Buyer/Agent                    Printed Name (same as signature)

X5181850002

COMPLETE INFORMATION IS REQUIRED ON THIS APPLICATION
DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

X5181850002

**CHECK ONE**

| | | | |
|---|---|---|---|
| (1) ☐ TITLE & PLATES | (3) ☐ STICKER ONLY | (5) ☐ TRANSFER OF PLATES ONLY | SPECIFY _____ |
| (7) | | | |
| (3) ☐ PLATES ONLY | (4) ☐ TITLE & TRANSFER OF PLATES (6) | (3) ☐ CORRECTED IDENTIFICATION CARD ONLY | (3) ☐ DUPLICATE IDENTIFICATION CARD ONLY |

2. CURRENT IL PLATE NO. ~~Plates~~    YEAR    IR. PLATE TYPE REQUESTED  **PASS**    4. EXPIRATION **04/06**    OFFICE USE ONLY

CNV004/27/05:01:6086:    143.00 CK31
7717492    600057736  IR  0406

**OWNER INFORMATION**

5. OWNER'S IL DRIVER'S LICENSE NO.  **K120-4814-6177**    6. DATE OF BIRTH **10/23/46**    7. SEX ☐M ☐F    8. OWNER'S NAME  FIRST **JOSEPH**  MIDDLE **A**  LAST **KOPEC**

CO-OWNER'S IL DRIVER'S LICENSE NO.    DATE OF BIRTH ___/___/___    SEX ☐M ☐F    (2)

9. COUNTY **COOK**    10. RESIDENCE/BUSINESS ADDRESS **1140 LAURIE LANE**
COUNTY CODE (see text page for list of codes) **016**    CITY **BURR RIDGE**  IL  ZIP CODE **60527**

**VEHICLE INFORMATION**

11. CURRENT ODOMETER READING (No tenths) **126,200**    12.  **WDBNG70J81A177005**    13.  **2001**
ODOMETER READING STATED IS: (Check one box)
☑ ACTUAL MILEAGE  ☐ NOT ACTUAL MILEAGE  ☐ IN EXCESS OF MECHANICAL LIMITS    14. MAKE OF VEHICLE **Mercedes-Benz S430**    15. BODY STYLE **4 DOOR**
GVWR OVER 16,000 LBS.  ☐ YES    17. PURCHASE DATE **04/26/05**  MONTH DAY YEAR  ☐ NEW ☐ USED    18. REBUILT VEHICLE  ☐ FLOOD  ☐ REBUILT    19. MOTORCYCLE NO. CC.    20. VEHICLE COLOR **SILVER**    21. RENTAL VEHICLE ☐ YES    LEASED VEHICLE ☐ YES    22. FILE NUMBER (if applicable)    UNIT NUMBER FOR OWNER'S USE

0052216910

22. SURRENDER TITLE NUMBER AND STATE OF ISSUANCE  **11184109042**  STATE **IL**    24. For RV, RT, Truck Trailer & Bus Only.    NO. AXLES    GROSS WEIGHT    TYPE OF FUEL    VEHICLE OPERATED  ☐ INTRA STATE ☐ INTER STATE    FOR HIRE ☐ YES ☐ NO

**MAIL TO**

25. TITLE MAILING INSTRUCTIONS (if different from above and not lienholder)
NAME
STREET
CITY    STATE    ZIP

26. PLATE/STICKER MAILING INSTRUCTIONS (if different from above)
NAME
STREET
CITY    STATE    ZIP

**LIENHOLDER**

27. FIRST LIENHOLDER NAME AND ADDRESS
NAME **N/A**
STREET
CITY    STATE    ZIP

28. SECOND LIENHOLDER NAME AND ADDRESS
NAME **N/A**
STREET
CITY    STATE    ZIP

**TRANSFER**

29. VEHICLE IDENTIFICATION NUMBER    30. YEAR    31. MAKE OF VEHICLE
PREVIOUS VEHICLE INFORMATION
32. GROSS WEIGHT/NO. C.C.    33. DISPOSITION OF PREVIOUS VEHICLE  ☐ SOLD ☐ SALVAGED ☐ STOLEN ☐ JUNKED ☐ STORED    DATE OF DISPOSITION    OFFICE USE ONLY

**OTHER**

34. FROM WHOM DID YOU BUY?
NAME **TIM SMKZEWSKI**
ADDRESS **5827 N. LOMAL CHICAGO, IL 60646**    35. IF PURCHASED FROM DEALER, DEALER MUST SIGN AND GIVE DEALER NUMBER    36. ARE YOUR PLATES ON OR SUSPENDED OR REVOKED ☐ YES ☐ NO    DEALER NUMBER    OFFICE CLASS CODE    37. USUAL FEES: TITLE $95 LICENSE PLATES: $78 (PASSENGER/PICKUP TRUCK) TRANSFER OF LICENSE PLATES $18 OTHER FEES: PLEASE CALL TOLL FREE 1-800-252-8980

I/we hereby affirm the information provided is true and correct and, when applicable, will abide by the Mandatory Insurance Law requiring liability insurance throughout the registration period. If applying for title for a motor vehicle nine (9) years old or newer I/we also acknowledge awareness of the odometer certification made by the seller.

38. SIGN HERE  X _____    39. (OPTIONAL) DAYTIME TELEPHONE NUMBER

YOUR SIGNATURE ON THE APPLICATION AUTHORIZES THE SECRETARY OF STATE TO LOWER THE AMOUNT OF YOUR CHECK, IF FEE SUBMITTED IS GREATER THAN THE REQUIRED FEE FOR MAIL-IN TRANSACTIONS.

40. T.R.P. NUMBER
AUDITOR'S USE ONLY  $ **1918**    TAX I.N. NUMBER  **MV2436 4347**
1ST 2ND 3RD 4TH

☐ 22 ☐ 02

REGISTER AGENCY/DRIVERS FACILITY STAMP NAME HERE ONLY

PRT 80804623 1/04 54-668  VSD 190.21

X5133504013

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of this vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale — Dealer's Name — Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale — Dealer's Name — Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale — Dealer's Name — Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale — Dealer's Name — Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser — Street — City — State — Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING — NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale — Dealer's Name — Dealer No.

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

X5133504013

Signature of Buyer/Agent — Printed Name (same as signature)

LIENHOLDER INFORMATION IS REQUIRED ON THE APPLICATION.

VSD 40 10

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS