**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07CV7276
JUDGE KENDALL
MAG. JUDGE SCHENKIER

In the Matter of

PETER BRASLAVSKIY

V.

ELMHURST LINCOLN MERCURY INC.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Peter Braslavskiy.

FILED
JN
DEC 2 8 2007
Dec 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Vihar R. Patel |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Vihar R. Patel |

| FIRM |
| --- |
| Law Offices of David Freydin Ltd./VRP Patel Law Group P.C. |

| STREET ADDRESS |
| --- |
| 4433 W. Touhy Ave., Ste. 405 |

| CITY/STATE/ZIP |
| --- |
| Lincolnwood, IL 60712 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6276274 | 847-972-6157 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐