IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETER BRASKAVSKIY, | ) | |
|                 Plaintiff, | ) | Case No. 07 C 7276 |
| vs. | ) | |
| | ) | Judge Kendall |
| ELMHURST LINCOLN MERCURY, INC., | ) ) | |
| | ) | Magistrate Judge Schenkier |
|                 Defendant. | ) | |

**NOTICE OF MOTION**

**To:** Vihar Patel, Esq., Law Office of David Freydin, Ltd..
4433 West Touhy Suite 405
Lincolnwood, Il 60712

**On February 28, 2008 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kendall, Room 2319, or any judge sitting in her stead, in the courtroom usually occupied by her in room  of the U.S. District Court, Eastern Division at Chicago, Illinois, and then and there present the attached Motion For Leave To File Appearance and Answer Instanter.

**PROOF OF SERVICE ELECTRONICALLY**

      I, Stephen C. Debboli, served this notice and motion VIA ELECTRONICALLY FILING to defense counsel on this 22nd day of February, 2008.

                        s/Stephen C. Debboli_____
                        Attorney Bar Number: 0598828
                        Attorney for Plaintiff
                        Serpico, Novelle, Petrosino & Rascia, Ltd.
                        61 W. Superior Street
                        Chicago, IL 60610
                        Telephone: (312)787-1600
                        Fax: (312)787-9520
                        E-mail:sdebboli@snnlaw.com