**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Peter Braslavskiy

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−07276
　　　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

Elmhurst Lincoln−Mercury Inc

                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Status hearing held. Parties to exchange Rule 26(a)(1) disclosures by 5/8/2008. Status hearing set for 5/15/2008 at 9:00 AM. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.