# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Peter Braslavskiy

                           Plaintiff,

v.                                    Case No.: 1:07–cv–07276

                                    Honorable Virginia M. Kendall

Elmhurst Lincoln–Mercury Inc

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

       MINUTE entry before the Honorable Virginia M. Kendall: Status hearing held and continued to 6/16/2008 at 9:00 AM. Counsel should contact the courtroom deputy to schedule a settlement conference before Judge Kendall to take place before 6/16/08. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.