UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Peter Braslavskiy
                        Plaintiff,

v.                                        Case No.: 1:07−cv−07276
                                        Honorable Virginia M. Kendall

Elmhurst Lincoln−Mercury Inc
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Settlement conference held. Parties reach settlement. All matters in controversy having been resolved, this case is dismissed without prejudice with leave to reinstate by 7/31/2008. If the case has not been reinstated by 7/31/2008 the dismissal shall be with prejudice without further order of court. Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.